# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

VT INC.,

    Appellant,

v.                                            CASE NO. 1:11cv244-MP-GRJ

BERT JAY GARVIN,

    Appellee.

_____/

## O R D E R

    This matter is before the court on Appellant VT INC.'s Notice of Dismissal of Appeal. (Doc. 3). Previously, the court directed the Appellee to specify any requested or necessary terms or conditions to the voluntary dismissal by January 13, 2012. (*See* doc. 4). The court advised that if no response were received from the Appellee by that date, dismissal would be entered. No response has been received.

    Accordingly, it is **ORDERED** that, pursuant to Fed. R. Bankr. P. 8001(c)(2), this appeal is dismissed, and the Clerk is directed to close this file.

    **DONE and ORDERED** this 19th day of January, 2012.

                                        *s/ M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                        **CHIEF UNITED STATES DISTRICT JUDGE**